IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01594-KLM

Barbara Chadwick, Frederick Marshall,
Cassandra Macarthur, Howard Potter, and
James Dill,

     Plaintiffs,

First Choice Payment Solutions G.P., d/b/a
Sekure Merchant Solutions,

     Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 16, 2019

          Respectfully submitted,

         By:  */s/ Sergei Lemberg*

         Sergei Lemberg, Esq.
         CT Bar No.: 425027
         LEMBERG LAW LLC
         43 Danbury Road, 3rd Floor
         Wilton, CT 06897
         Telephone: (203) 653-2250
         Facsimile: (203) 653-3424
         E-mail: slemberg@lemberglaw.com
         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 16, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By  */s/ Sergei Lemberg*
                                                          Sergei Lemberg, Esq.