IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01594-KLM

Barbara Chadwick, Frederick Marshall,
Cassandra Macarthur, Howard Potter, and
James Dill,

    Plaintiffs,

First Choice Payment Solutions G.P., d/b/a
Sekure Merchant Solutions,

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| /s/ Sergei Lemberg | /s/ Lawren A. Zann |
|---|---|
| Sergei Lemberg, *Attorney-in-Charge* | Lawren A. Zann, Esq. |
| Connecticut Bar No. 425027 | GREENSPOON MARDER LLP |
| LEMBERG LAW, LLC | 200 East Broward Blvd., Suite 1800 |
| 43 Danbury Road, 3rd Floor | Fort Lauderdale, Florida 33301 |
| Wilton, CT  06897 | Tel: (954) 527-6296 |
| Tel: (203) 653-2250 | Fax: (954) 333-4027 |
| Fax: (203) 653-3424 | *Attorney for Defendant* |
| *Attorney for Plaintiffs* | |

_____

SO ORDERED

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 14, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By *  /s/ Sergei Lemberg                *
                   Sergei Lemberg, Esq.